UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD K. HALKMON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-00784-HEA |
| | ) |
| LESLIE JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Missouri Department of Corrections' filing of the last known address for Defendant Leslie Johnson.[1] *See* ECF No. 18 (under seal). Because Plaintiff is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in docket number 18. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon Defendant Leslie Johnson in her individual capacity at the addresses provided in docket number 18.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

---

[1] Plaintiff misidentified Defendant Leslie Johnson in the complaint as "W. Johnson." The Court will order the Clerk of Court to correct the docket sheet to reflect Leslie Johnson as the Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court shall change Defendant "W. Johnson" on the docket sheet to Defendant "Leslie Johnson."

Dated this 23rd day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE