# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| RONALD K. HALKMON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:25-cv-00784-HEA |
| | ) | |
| W. JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant Unknown Smith's Motion to Stay (Doc. 23).  On February 3, 2026, Defendant filed suggestions of Plaintiff's death, stating that Plaintiff Ronald K. Halkmon, Jr. died on January 17, 2026 (Doc. 22).  Pursuant to Federal Rule 25(a), Plaintiff's successor or representative has 90 days from the service of this statement to file a motion to substitute the proper party. *See* Fed. R. Civ. P. 25(a).  If the motion is not made within 90 days after service of the statement noting the death, the action must be dismissed.  *Id.*

For these reasons, the Court will grant Defendant's motion to stay, and stay this action for 90 days.  If Plaintiff's successor or representative does not move to substitute the proper party within 90 days, the Court will dismiss this action without further notice to Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay is **GRANTED**. (Doc. 23)

**IT IS FURTHER ORDERED** that this action shall be **STAYED** until May 5, 2026.

**IT IS FURTHER ORDERED** that if Plaintiff's successor or representative does not file a motion to substitute the proper party within 90 days of Defendant's suggestions of death, the Court will dismiss this action without further notice to Plaintiff.

Dated this 4th day of February, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE